■ HERBERT CROCKFORD, Respondent, v. JEAN M. ZECHER et al., Appellants.— Judgment and orders unanimously affirmed, with costs, on the opinion

of Special Term, Boomer. J. (Appeal from judgment and orders of Wayne Special Term in action under article 15 of the Real Property and Proceedings Law.) Present — Witmer. J. P.. Moule. Cardamone. Simons and Del Vecchio, JJ.